ANTOLINO VÉLEZ, peticionario y apelante, *v.* EULOGIO MERCADO, Alcaide de la Cárcel Municipal de Vieques, P. R., demandado y apelado.

Núm. 7834.—*Sometido:* Marzo 29, 1939. *Resuelto:* Junio 14, 1939.

F. *González Fagundo* y *José Rivera Pérez,* abogados del apelante; *R. A. Gómez, Fiscal,* y *Luis Janer, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

La sentencia que se dicte en este caso debe estar en armonía con nuestra opinión y decisión en el caso núm. 7833, *Luis Miray, peticionario y apelante,* v. *Eulogio Mercado, etc., demandado y apelado,* (ante, pág. 127).

En adición, el presente caso núm. 7834 y los casos núms. 7835 a 7851, inclusive, nunca fueron específicamente asignados al Sr. González, quien actuó como juez en comisión, por el Gobernador de Puerto Rico, siendo ésta otra razón por la cual el recurso debe devolverse para que se vea ante la Corte de Distrito de Humacao.